# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

**JOHN AKINS,**

    **Plaintiff**

v.

**U.S. BANK, NATIONAL ASSOCIATION, J.P. MORGAN MORTGAGE ACQUISITION TRUST, 2006-WMC 3, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES, 2006-WMC 3,**

    **Defendant**

No. 2:18-cv-2725-SHM-dkv

## DECLARATION OF ALEX ARGUELLO

I, Alex Arguello, declare as follows:

1. I am a resident of the State of New Jersey I am over the age of 21 years. I am of sound mind and fully capable of executing this declaration.

2. As I am a resident of the State of New Jersey, I am at a location more than 100 miles from the United States District courthouse in Memphis, Tennessee. I am unavailable to appear in Memphis, Tennessee for the trial of this case, and I will be more than 100 miles from Memphis, Tennessee at the time this matter is set for trial.

3. I do not work for any party in this case. I have not worked for WMC Mortgage since 2007, and I do not have possession, custody, or control of any of their loan documents or business records. A copy of my resume with my work history is attached to this declaration as **Exhibit 1**.

4. In preparation for the execution of this declaration, I reviewed two documents which have been represented to me to be copies of the promissory note of the Plaintiff in this case, John Akins. *See* documents attached as **Exhibits 2 & 3** to this declaration.

5. After my review of the documents, I can state that I have never seen this promissory note, either the signed or the unsigned version. I do not know the Plaintiff, John Akins, and I have no recollection of ever having reviewed his loan file with WMC Mortgage prior to my departure from the company in 2007. I have no knowledge of the history of the chain of title of the Plaintiff's loan or whether WMC Mortgage ever sold or assigned the promissory note to anyone or any company. I did not sign the document which bears a stamped signature of my name, nor have I authorized anyone to sign my name to the document. I have no recollection of endorsing this note myself before my departure from the company in 2007 and certainly did not sign this document at any date after the year 2009.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on April 24, 2019, in Totowa, New Jersey.

_____
ALEX ARGÜELLO